UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON CHARLES HATCH,<br><br>Defendant. | CASE NO. CR19-0095-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint motion to continue the pretrial motions due date and trial date (Dkt. No. 15). Defendant has filed a speedy trial waiver up to and including February 1, 2020. (Dkt. No. 16.) Having considered the motion and the speedy trial waiver, the Court FINDS that:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

2. Failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

3. The additional time requested is a reasonable period of delay, as Defendant has requested more time to prepare for trial, review discovery, investigate the matter, gather evidence

material to the defense, and consider possible defenses;

4. The case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

5. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

6. The additional time requested between the current trial date of July 29, 2019 and the new trial date is necessary to provide counsel the reasonable time necessary to prepare for trial, given all of the facts set forth above.

For the foregoing reasons, the parties' joint motion to continue the pretrial due date and trial date (Dkt. No. 15) is GRANTED. It is therefore ORDERED that the trial date is CONTINUED from July 29, 2019 to January 21, 2020 at 9:30 a.m., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than December 19, 2019.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE