THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>BRANDON HATCH,<br><br>     Defendant. | CASE NO. CR19-0095-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Brandon Hatch's unopposed motion to continue sentencing (Dkt. No. 37). Mr. Hatch has requested to continue his sentencing hearing several times due to the impact of the COVID-19 pandemic. (*See* Dkt. No. 37 at 1–2.) Mr. Hatch requests another continuance because the pandemic has not abated, and he would like to meet with his attorney in person to review the presentence report and provide input on his sentencing memorandum. (*Id.* at 2.) Currently, he is unable to do so because his attorney is uncomfortable visiting the Federal Detention Center. (*Id.* at 2–3.) Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and CONTINUES Mr. Hatch's sentencing hearing to March 2, 2021 at 9:00 a.m.

//

//

//

1    DATED this 10th day of December 2020.

2

3

4    _____

5    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26